THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS MALLON, Appellant, *v.* THEODORE ROOSEVELT et al., Composing the Board of Police of the Police Department of the City of New York, Respondents.

*People ex rel. Mallon* v. *Roosevelt,* 16 App. Div. 331, appeal dismissed.
(Argued June 4, 1900; decided June 19, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made April

19, 1897, dismissing a writ of certiorari to review the proceedings of the respondents in dismissing the relator from the position of patrolman in the police department of the city of New York.

*Philip Carpenter* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ. Not sitting: PARKER, Ch. J.